374 A.2d 705

Commonwealth v. Mangham, Appellant.

Argued April 14, 1977. Paulette J. Balogh, Appellate Counsel, with her Ralph J. Cappy, Public Defender, for appellant; Robert Zunich, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.